## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  1:18-cv-00726-WYD-STV

ANDREW ROGERS,

    Plaintiff,

v.

TOWER LOAN OF MISSISSIPPI, LLC,

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, Andrew Rogers ("Plaintiff"), by and through his attorneys, Sulaiman Law Group, Ltd., and, in support of Plaintiff's Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, Tower Loan of Mississippi, LLC, with prejudice. Each party shall bear its own costs and attorney fees.

Dated: July 11, 2018                                                                 Respectfully submitted,

                                                              */s/ Omar T. Sulaiman*
                                                              Omar T. Sulaiman
                                                              Counsel for Plaintiff
                                                              Sulaiman Law Group, Ltd.
                                                              2500 S. Highland Ave., Ste. 200
                                                              Lombard, IL 60148
                                                              Phone (630)575-8181
                                                              Fax: (630)575-8188
                                                              osulaiman@sulaimanlaw.com