IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   18-cv-00726-WYD-STV

ANDREW ROGERS,

    Plaintiff,

v.

TOWER LOAN OF MISSISSIPPI, LLC,

    Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal with Prejudice (ECF No. 25), filed on July 11, 2018, it is

ORDERED that all claims asserted by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**, with each party to bear his or its own costs and expenses, including any attorneys' fees.  Because the Notice voluntarily dismisses all claims in this case, the Clerk of the Court is directed to close the case.

Dated:  July 13, 2018.

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE